UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOB SOLIS-BENITO,<br><br>Defendant. | Case No. 4:10-CR-073-BLW<br><br>**ORDER** |

The Court has before it the Government's Motion to Dismiss (Dkt. 173). Good cause appearing, the Court will grant the motion.

## ORDER

**IT IS ORDERED:**

1.     The Government's Motion to Dismiss (Dkt. 173) is **GRANTED**. This case is dismissed with respect to Defendant Job Solis-Benito without prejudice.

DATED: **March 25, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge